# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154836(70)

In re ESTATE OF LINDA ROBERDEAUX.
_____

DENNIS ROBERDEAUX, SR., Personal
Representative of the ESTATE OF LINDA
ROBERDEAUX
      Plaintiff-Appellee,

v

EVANGELICAL HOMES OF MICHIGAN, d/b/a
EVANGELICAL HOME-SALINE and
MICHIGAN SPORTS MEDICINE &
ORTHOPEDIC CENTER,
      Defendants,
and

WASHTENAW MEDICINE, P.C., d/b/a
WASHTENAW INTERNAL MEDICINE
ASSOCIATES, and CHERYL A. HUCKJNS, M.D.,
      Defendants-Appellees,
and

MARK A. KELLEY, M.D.,
      Defendant-Appellant.
_____/

MSC: 154836
COA: 323802
Washtenaw CC: 13-000675-NH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on March 7, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



Clerk